No. 673. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF BOSCH. C. A. 2d Cir. Certiorari granted. Case is set for oral argument immediately following No. 240. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Pugh, Jack S. Levin, Robert N. Anderson* and *Benjamin M. Parker* for petitioner. *John W. Burke, Jr.,* for respondent.

No. 280, Misc. SPECHT *v.* PATTERSON, WARDEN, ET AL. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. *Hugh A. Burns* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, and *John P. Moore,* Assistant Attorney General, for respondents.